UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TOY TERRELL SMITH,

    Plaintiff,

v.

JEANNE WOODFORD; et al.,

    Defendants.
                                  /

No. C 05-3373 SI (pr)

**JUDGMENT**

Judgment is entered in favor of all defendants and against plaintiff.

IT IS SO ORDERED AND ADJUDGED.

Dated: January 31, 2008

                                                SUSAN ILLSTON
                                        United States District Judge